THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP
LUTZ, Appellant, *v.* GEORGE V. MCLAUGHLIN, as Police
Commissioner of the City of New York, Respondent.

*New York city — police — certiorari — dismissal of patrolman from
police force.*

People ex rel. Lutz v. McLaughlin, 222 App. Div. 774, affirmed.
(Submitted May 2, 1928; decided May 29, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 23, 1927, which confirmed, on certiorari, an
order of the Police Commissioner of the city of New
York dismissing the relator from the office of patrolman
on the police force of the city of New York on charges
of insubordination, conduct unbecoming an officer and
violation of the regulations. Appellant contended he had
not received a fair and impartial trial.

*Abraham H. Kesselman* for appellant.

*George P. Nicholson, Corporation Counsel (Joseph P.
Reilly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.